UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR    4:26-CR-40031 |
| Plaintiff, | REDACTED INDICTMENT |
| v. | Transportation of Child Pornography (18 U.S.C. §§ 2252A(a)(1) and 2252A(b)(1)) |
| ZANE RYAN SCHUUR, | |
| Defendant. | Possession of Child Pornography (18 U.S.C. §§ 2252A(a)(5)(B), 2252A(B)(2), and 2256(8)(A)) |
| | Forfeiture (18 U.S.C. § 2253) |

The Grand Jury charges:

## COUNT 1

On or about February 9, 2026, in the District of South Dakota, and elsewhere, the defendant, Zane Ryan Schuur, knowingly transported child pornography using a means and facility of interstate and foreign commerce, in and affecting such commerce by any means, including by computer and interstate travel, in that Zane Ryan Schuur had graphic image and video files depicting at least one minor, including at least one prepubescent minor who was under the age of 12 years old, engaged in sexually explicit conduct uploaded to his smart phone when he traveled from Minnesota to South Dakota, all in violation of 18 U.S.C. §§ 2252A(a)(1) and 2252A(b)(1).

COUNT 2

On or about February 9, 2026, in the District of South Dakota, the defendant, Zane Ryan Schuur, knowingly possessed and attempted to possess material which contains an image of child pornography, as defined in Title 18, U.S.C. § 2256(8)(A), that involved a prepubescent minor, which had been shipped and transported using any means and facility of interstate and foreign commerce, and had been shipped and transported in and affecting interstate and foreign commerce, and was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer, all in violation of 18 U.S.C. §§ 2252A(a)(5)(B), 2252A(B)(2), and 2256(8)(A).

A TRUE BILL:

**NAME REDACTED**

_____
Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By _____*Connie Larson*_____

**FORFEITURE NOTICE**

1. The allegations contained in this Indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to 18 U.S.C. § 2253.

2. If convicted of an offense set forth above, Zane Ryan Schuur, the defendant herein, shall forfeit to the United States any and all materials and property used and intended to be used in the possession, receipt, distribution and production of child pornography. Such property includes, but is not limited to:

1. an iPhone with IMEI 357209098572668.