UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ZANE RYAN SCHUUR,

Defendant.

CR 26-40031

FACTUAL BASIS STATEMENT

The Defendant states the following facts are true, and the parties agree they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3).

My name is: Zane Ryan Schuur.

On or about February 9, 2026, I knowingly transported child pornography using a means and facility of interstate and foreign commerce, in and affecting such commerce by any means, including by computer and interstate travel, in that I had graphic image and video files depicting at least one minor, including at least one prepubescent minor who was under the age of 12 years old, engaged in sexually explicit conduct present on my smart phone when I traveled from Minnesota to South Dakota.

On February 9, 2026, I came in contact with Lincoln County Law Enforcement and consented to them looking through my phone. While examining my phone, a detective located several files containing child pornography on my

smart phone. One of the files was a video of a prepubescent female approximately two-years-old being vaginally penetrated by an adult male's penis. I know the video is of a real child and is not computer generated. I then transported the phone, with that file on it, from Minnesota to South Dakota.

My actions were all in violation of 18 U.S.C. §§ 2252A(a)(1) and 2252A(b)(1).

I further stipulate and agree that the following property was used or intended to be used in the commission of the offense described above:

1. an iPhone with IMEI 353177641043400.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing may be developed and attributed to the Defendant for sentencing purposes.

RONALD A. PARSONS, JR.
United States Attorney

11/19/2026
Date

Elizabeth A. Ebert-Webb
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2343
E-Mail: Elizabeth.Ebert-Webb@usdoj.gov

11/18/2026
Date

Zane Ryan Schuur
Defendant

Nov 18, 2026
Date

Amanda D. Kippley
Attorney for Defendant